IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE RETAIL COACH                                                         PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:16CV32-SA-DAS

r360, LLC, and
XPANSION HOLDINGS, LLC                                                   DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendant's Motion to Dismiss, or Alternatively Motion to Transfer [20], is DENIED.

IT IS SO ORDERED, this 3rd day of March, 2017.

                                            /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE