IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE RETAIL COACH, LLC                                                              PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:16CV32-SA-DAS

RETAIL360, LLC et al                                                             DEFENDANTS

ORDER

Pursuant to this Court's Order dated March 3, 2017, 1:16-cv-32-SA-DAS is consolidated with 1:16-cv-125-SA-DAS. Hereafter, parties are directed to file in the lead case, styled as *The Retail Coach, LLC v. Retail360, LLC et al*, 1:16-cv-32-SA-DAS, unless otherwise directed.

SO ORDERED this the 27th day of June, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE