IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE RETAIL COACH, LLC                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:16CV32-SA-DAS

XPANSION HOLDINGS, LLC
and R360, LLC                                                                          DEFENDANTS

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

Having been advised that the parties have reached a full and complete confidential settlement in both *The Retail Coach, LLC v. Xpansion Holdings, LLC et al.*, No. 1:16cv32-SA-DAS (the "Lead Case"), and *Xpansion Holdings, LLC v. The Retail Coach, LLC*, No. 1:16cv125-SA-DAS (the "Companion Case"), in this consolidated action, and that the Parties seek entry of a final order dismissing the Lead Case and the Companion Case with prejudice, the Court finds as follows:

The matter styled *The Retail Coach, LLC v. Xpansion Holdings, LLC et al.*, No. 1:16cv32-SA-DAS, is hereby and finally dismissed with prejudice, with each party to bear its own costs, if any.

The matter styled *Xpansion Holdings, LLC v. The Retail Coach, LLC*, No. 1:16cv125-SA-DAS, is hereby and finally dismissed with prejudice, with each party to bear its own costs, if any.

SO ORDERED AND ADJUDGED, this, the 20th day of October 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

  *s/ David L. Patrón*                                Dated:  October 20, 2017
David L. Patrón (LA Bar No. 22566)
Admitted *Pro Hac Vice*
Phelps Dunbar LLP
365 Canal Street Suite 2000
New Orleans, LA 70130
Tel.: (504) 584-9295; Fax: (504) 568-9130
david.patron@phelps.com

Mark N. Halbert (MS Bar No. 100048)
Phelps Dunbar LLP
201 South Spring Street, 7th Floor
Tupelo, MS 38804
Tel.: (662) 842-7907; Fax: (662) 842-3873
mark.halbert@phelps.com

*Attorneys for Retail Coach, LLC*


  *s/ Andrew S. Harris*                               Dated:  October 17, 2017
W. WHITAKER RAYNER (MS Bar No. 4666)
ANDREW S. HARRIS (MS Bar No. 104289)
JONES WALKER LLP
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Tel.: (601) 949-4900; Fax: (601) 949-4804
wrayner@joneswalker.com
aharris@joneswalker.com

*Attorneys for Xpansion Holdings, LLC and r360, LLC*